Ruben MERRITT, Appellant, v. STATE of Texas, Appellee.

No. 22110.

Court of Criminal Appeals of Texas.

April 1, 1942.

H. S. Beard, of Waco, for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

Appellant was assessed a penalty of five years in the penitentiary on a charge of robbery and perfected his appeal to this court. Subsequently he has filed a verified application to withdraw his appeal.

The application is granted and the appeal dismissed.